1       UNITED STATES DISTRICT COURT
2       DISTRICT OF PUERTO RICO


3   AMERICAN  WASTE  MANAGEMENT  AND
4   RECYCLING, LLC.,                         CIVIL NO.: 07- 1658 (JAF)

5   Plaintiff,

6   v.

7   CEMEX    PUERTO   RICO;   CANOPY
8   ECOTERRA  CORP.;  XYZ  INSURANCE
9   COMPANIES,

10  Defendants.


11
12                          **O R D E R**

13      Before the court is Plaintiff's Request for a Preservation Order

14  (Docket Document No. 27), in light of this court's Endorsed Order

15  granting Plaintiff's Motion Requesting Order. (Docket Document No.

16  25).  Plaintiff's request is **GRANTED,** and the court hereby **ORDERS** as

17  follows:

18      1.   Any and all dismantling activity at the CEMEX main plant

19           will immediately cease.

20      2.   No extraction or exit of any metals from the site will be

21           permitted.

22      3.   Plaintiff shall carry out an inspection, where it will be

23           permitted complete access to the CEMEX site with a video

24           camera and/or regular camera.

Civil No. 07-1658                                                          -2-

1          4.    The inspection shall encompass any and all CEMEX facilities

2                in Ponce, including but not limited to the so-called

3                "transport site" and all floors of the main plant, among

4                others, and any and all areas where motors and pumps as

5                well as metal harvested are stored, and any and all places

6                where AWMR equipment is or may be located.

7          5.    AWMR shall be permitted a monitor to review the site from

8                time to time, or to install a web camera to monitor

9                activity at the AWMR work site.

10         6.    AWMR shall be permitted to remove all of its rental and

11               other equipment belonging to AWMR and be allowed full

12               access to the site in order to inspect and remove the same.

13         7.    Violation of this Order SHALL result in severe sanctions to

14               the offending parties.

15         **IT IS SO ORDERED.**

16         San Juan, Puerto Rico, on this 24th day of September, 2007.

17                              S/José Antonio Fusté
18                              JOSE ANTONIO FUSTE
19                              Chief U. S. District Judge
20